# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 12-7004                                         September Term 2011

1:11-mc-00669-UNA

Filed On: January 30, 2012

In re: Stephen Thomas Yelverton,

    Appellant

**BEFORE:** Henderson, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, the amended opposition thereto and motion to dismiss, and the combined reply to the amended opposition and opposition to the motion to dismiss; and the order to show cause filed January 24, 2012, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this appeal be dismissed for lack of jurisdiction. 28 U.S.C. 1447(d) precludes appellate review of remand orders that, like the order on appeal in this case, are based on a lack of subject matter jurisdiction. See Kircher v. Putnam Funds Trust, 547 U.S. 633, 643 (2006); Barksdale v. WMATA, 512 F.3d 712, 715 (D.C. Cir. 2008). Moreover, notwithstanding appellant's argument to the contrary, this case does not implicate 28 U.S.C. § 1443. Finally, appellate review would be prohibited even if appellant were correct that the disciplinary proceedings involve questions of federal constitutional law. See Republic of Venezuela v. Phillip Morris, Inc., 287 F.3d 192, 197 (D.C. Cir. 2002).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Ken R. Meadows
      Deputy Clerk/LD